# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| AMAZON.COM SERVICES LLC,<br>*Plaintiff* | §<br>§<br>§ | |
| -vs- | §<br>§ | SA-24-CV-01000-XR |
| NATIONAL LABOR RELATIONS<br>BOARD *et al.*;<br>*Defendants* | §<br>§<br>§<br>§ | |

## NOTICE TO PLAINTIFF

Plaintiff is advised pursuant to Local Rule CV-65 of the Western District of Texas an application for a temporary restraining order or preliminary injunction shall be made in an instrument separate from the complaint.

**SIGNED** this 9th day of September, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE